## IN THE UNITED STATES DISTRICT COURT
### FOR THE
### NORTHERN DISTRICT OF ILLINOIS

MICHAEL FUCHS AND VLADISLAV
KRASILNIKOV, individually and on behalf
of a class of similarly situated individuals,

Plaintiff(s),

v.

MENARD, INC.,

Defendant(s).

Case No.  17 C 01752
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐     in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐     in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒     other: Case dismissed with prejudice. Judgment against Plaintiffs Fuchs and Krasilnikov and in favor of Defendant Menard, Inc.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion to dismiss.

Date:   9/29/2017

Thomas G. Bruton, Clerk of Court

s/Sandra Brooks , Deputy Clerk